UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)

■ ____1st____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Anne P. Bernstein
Last Four Digits of SS# 5094

CASE NO.: 07-20583-BKC-JKO
CHAPTER 13

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.
MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _60_ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.    $135.00    for months _1_ to _60_; in order to pay the following creditors:

Administrative:    Attorney's Fee - $3,000.00 TOTAL PAID $350.00
                   Balance Due    $2,650.00 payable $110.42/month (Months _1_ to _24_)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] including creditors entitled to adequate protection payments which shall be paid through the plan: NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3. NONE

| Secured Creditor | Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]: NONE

Unsecured Creditors: Pay $12.08/month (Months _1_ to _24_)
                     Pay $122.50/month (Months _25_ to _60_)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above

1. The Debtor is current with her payments to Bank United on the first and second mortgages and will continue to pay Bank United direct outside the Chapter 13 Plan.
2. The Debtor is current with her payments to Forsythe Colony Maintenance Association and will continue to pay it direct outside the Chapter 13 Plan.
3. The Debtor will modify the Plan to provide for the distribution of funds received from the Estate of Frank Rochman which is not exempt to the unsecured creditors.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor: _Anne P Bernstein_
        Anne P. Bernstein
Date: 3/10/08

LF-31(B) (for cases filed on or after 10/17/05)